FILED

NOV 1 8 2010

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _____NEWELL, LESTER H. NEWELL, NANCY E._____

CASE NO.: ___01-00021_____

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| REAL TIME IMAGES | 1 | 235.00 |
| 2490 42ND AVENUE | 1 I (INTEREST) | 110.89 |
| ANCHORAGE, AK 99503 | | |
| | | |
| OSI COLLECTION SERVICES INC | 8 | 796.80 |
| P.O. BOX C-68965 | 8 I (INTEREST) | 375.97 |

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS

$ _____

TOTAL:   $___1,518.66_____

DATE: November 17, 2010      21415      _____, Trustee
                                        TRUSTEE
                  1518.66    D9

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE