IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA



FILED
JAN 05 2011
CLERK
U.S. BANKRUPTCY
By_____ Deputy Clerk

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR:   NEWELL, LESTER H. NEWELL, NANCY E.

CASE NO.:   01-00021

PLEASE CHECK ONE:

__X__  UNCLAIMED DIVIDENDS

_____  DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| General Motors Acceptance Corp.<br>P.O. Box 173793<br>Denver, CO 80217-3793 | 16 | $8716.20 |
| General Motors Acceptance Corp.<br>P.O. Box 173793<br>Denver, CO 80217-3793 | 16I (interest on claim 16) | $4112.75 |

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS

$_____

TOTAL:   $___12,828.95___

DATE: January 4, 2011

TRUSTEE _____, Trustee

21534
12,828.95  (B)

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE